IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 AUG -3  A 11: 33

In re:

Terry Manufacturing Co., Inc.
Debtor                                                          Case No. 03-32063

Terry Uniform Co., LLC
Debtor                                                          Case No. 03-12288

J. Lester Alexander, III, Trustee of
Terry Manufacturing Co., Inc., and Terry Uniform Co., LLC
Plaintiff (Appellee)

v.                                                              Adv. Pro. 04-03072

Bonifay Manufacturing Inc.
Defendant (Appellant)

## TRANSMITTAL OF APPEAL

I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On**:    August 3, 2005
**Notice of Appeal Filed**:      **May 16, 2005**

**Contents of Record**: Designated Items of Appellant
**Remarks**:
Filing Fee Paid                  May 16, 2005   ($255.00)
Transcripts received:            August 2, 2005

**PLEASE RETURN A "RECEIVED" STAMPED
COPY OF THIS SUBMISSION SHEET**
FROM: /s/ Richard S. Oda
       Clerk
BY:    /s/ Dianne M. Segrest
       Case Administrator