## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TERRY MANUFACTURING | ) | CASE NO. 03-32063-WRS |
| COMPANY, INC. | ) | |
| | ) | CHAPTER 7 |
| Debtor | ) | |
| | ) | |

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 03-32213-WRS |
| TERRY UNIFORM | ) | |
| COMPANY, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| J. LESTER ALEXANDER, III, | ) | |
| TRUSTEE OF TERRY | ) | |
| MANUFACTURING COMPANY, INC. | ) | |
| AND TERRY UNIFORM COMPANY, | ) | ADVERSARY PROCEEDING |
| LLC | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | NO. 04-03072 |
| VERSUS | ) | |
| | ) | |
| BONIFAY MANUFACTURING INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

### NOTICE OF APPEAL

Bonifay Manufacturing, Inc., the Defendant in the above-styled adversary proceeding appeals under 28 U.S.C. §158 from the Judgment of the Honorable William R. Sawyer entered in this proceeding on May 9, 2005.

The names of all parties of the Judgment appealed from, and the names and addresses of their respective attorneys, are as follows:

PLAINTIFF:

J. Lester Alexander, III, Trustee, AEA Group, LLC, 2 North 20th Street, Suite 800,
        Birmingham, AL 35203

Attorney:    Brent B. Barriere, PHELPS DUNBAR, LLP, Attorneys at Law, Canal Place,
             365 Canal Street - Suite 2000, New Orleans, LA 70130-6534

DEFENDANT:

Bonifay Manufacturing, Inc., P.O. Box 338, Bonifay, FL 32425

Attorney:    C.H. Espy, Jr., ESPY, METCALF & POSTON, P.C., Attorneys at Law, P.O.
             Drawer 6504, Dothan, AL 36302-6504

Respectfully submitted this ___16th___ day of May, 2005.

                              ESPY, METCALF & POSTON, P.C.


                              _____
                              C.H. Espy, Jr. (ASB-3694-S78C)
                              ATTORNEY FOR APPELLANT
                              P.O. Drawer 6504
                              Dothan, Alabama 36302-6504


                    Certificate of Service

        I, C. H. Espy, Jr., do hereby certify I have this date served a copy of the above and foregoing
upon the following parties either electronically or by placing a copy of same to them in the U.S.
Mail, postage prepaid, on this 16th day of May, 2005.

Mr Brent B Barriere
PHELPS DUNBAR, LLP
Attorney for Trustee as Plaintiff
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

Ms. Teresa R. Jacobs
Bankruptcy Administrator
One Church Street
Montgomery, AL   36104

_____
C. H. Espy, Jr.