UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re<br><br>TERRY MANUFACTURING<br>COMPANY, INC.,<br><br>    Debtor. | Case No. 03-32063<br>Chapter 7 |
| In re<br><br>TERRY UNIFORM<br>COMPANY, LLC.,<br><br>    Debtor. | Case No. 03-32213<br>Chapter 7 |
| J. LESTER ALEXANDER III,<br>TRUSTEE OF TERRY<br>MANUFACTURING COMPANY, INC.<br>AND TERRY UNIFORM COMPANY,<br>LLC.,<br><br>    Plaintiff,<br><br>v.<br><br>BONIFAY MANUFACTURING, INC.,<br><br>    Defendant. | Adv. Pro. No. 04-3072- WRS |

## JUDGMENT

For the reasons set forth in this Court's Memorandum Decision of this date, the Court finds in favor of the Plaintiff and against the Defendant in the amount of $107,713.15.

Done this 9th day of May, 2005.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Brent B. Barriere, Attorney for Plaintiff
Collier H. Espy, Jr., Attorney for Bonifay
J. Lester Alexander, III, Trustee
Debtors
Teresa R. Jacobs, Bankruptcy Administrator