IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TERRY MANUFACTURING | ) | CASE NO. 03-32063-WRS |
| COMPANY, INC. | ) | |
| | ) | CHAPTER 7 |
| Debtor | ) | |
| | ) | |

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 03-32213-WRS |
| TERRY UNIFORM | ) | |
| COMPANY, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| J. LESTER ALEXANDER, III, | ) | |
| TRUSTEE OF TERRY | ) | |
| MANUFACTURING COMPANY, INC. | ) | |
| AND TERRY UNIFORM COMPANY, | ) | ADVERSARY PROCEEDING |
| LLC | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | NO. 04-03072 |
| VERSUS | ) | |
| | ) | |
| BONIFAY MANUFACTURING INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES

Pursuant to Rule 8006 of the Bankruptcy Rules, the Defendant in the above-entitled action and the Appellant herein designates the following contents for inclusion in the record on appeal:

1. All evidence admitted and testimony presented to the Court at trial of this adversary matter from which the instant appeal is taken;

49

2. Transcript of the testimony presented to the United States Bankruptcy Court for the Middle District of Alabama at hearing of this adversary matter on April 18, 2005.

The Appellant further states it intends to present the following issues on appeal:

1 Whether or not the Bankruptcy Court erred in its decision the Defendant\Appellant had received preferential payment by failing to meet its burden of proof pertaining to its defense of the ordinary course of business based upon past relationship and dealings between Bonifay Manufacturing, Inc., and Terry Manufacturing Company, Inc.;

2. Whether or not the Bankruptcy Court erred in its directed verdict entered at conclusion of trial holding the Defendant\Appellant was not entitled to any "new value" for the completion and shipment of goods and merchandise to Terry Manufacturing Company, Inc., within the 90 days before its bankruptcy petition was filed.

Respectfully submitted this 24th day of May, 2005.

ESPY, METCALF & POSTON, P.C.

_____
C.H. Espy, Jr. (ASB-3696-S78C)
ATTORNEY FOR DEFENDANT\APPELLANT
P.O Drawer 6504
Dothan, Alabama 36302-6504
(334) 793-6288

Certificate of Service

I, C. H. Espy, Jr., do hereby certify I have this date served a copy of the above and foregoing upon the following parties either electronically or by placing a copy of same to them in the U.S. Mail, postage prepaid, on this 24th day of May, 2005.

Mr. Brent B. Barriere
PHELPS DUNBAR, LLP
Attorney for Trustee as Plaintiff
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA   70130-6534

Ms. Teresa R Jacobs
Bankruptcy Administrator
One Church Street
Montgomery, AL   36104

_____
C. H. Espy, Jr.

-3-