# EXHIBIT A

*J. Lester Alexander, III, Trustee of Terry Manufacturing Company, Inc and Terry Uniform Company, LLC v. Bonifay Manufacturing, Inc.*

Adversary No. 04-03072

| No. | Bates No. | Description | Def's Objection |
|---|---|---|---|
| 1. | BON 001 | Check No. F72142, from Terry Manufacturing Company, Inc., to Bonifay Manufacturing Inc. - 06/04/03 ($20,000.00). Deducted from Terry Manufacturing Company Inc.'s account on 06/09/03. | |
| 2. | BON 002 | Check No. F71427, from Terry Manufacturing Company, Inc., to Bonifay Manufacturing Inc. - 04/02/03 ($22,758.00). Deducted from Terry Manufacturing Company Inc.'s account on 04/09/03. | |
| 3. | BON 003 | Check No. F71631, from Terry Manufacturing Company, Inc., to Bonifay Manufacturing Inc. - 04/22/03 ($22,689.54). Deducted from Terry Manufacturing Company Inc.'s account on 04/29/03 | |
| 4. | BON 004 | Check No. F71687, from Terry Manufacturing Company, Inc., to Bonifay Manufacturing Inc. - 04/23/03 ($20,211.70) - **endorsed by Darwood Manufacturing Company**. Deducted from Terry Manufacturing Company Inc.'s account on 05/06/03. | |

NO:99523162.1

| No. | Bates No. | Description | Def's Objection |
|---|---|---|---|
| 5. | BON 005 | Check No. F71790, from Terry Manufacturing Company, Inc., to Bonifay Manufacturing Inc. - 05/02/03 ($10,714.92). Deducted from Terry Manufacturing Company Inc.'s account on 05/08/03. | |
| 6. | BON 006 | Check No. F71829, from Terry Manufacturing Company, Inc., to Bonifay Manufacturing Inc. - 05/15/03 ($21,007.69). Deducted from Terry Manufacturing Company Inc.'s account on 06/14/03. | |
| 7. | BON 007 | Check No. F71998, from Terry Manufacturing Company, Inc., to Bonifay Manufacturing Inc. - 05/21/03 ($10,543.00). Deducted from Terry Manufacturing Company Inc.'s account on 05/30/03. | |
| 8. | Bonifay 0002 | Bonifay Manufacturing, Inc., Open Invoices as of June 20, 2003 | |
| 9. | Exhibit to Answer of Defendant, Bonifay Manufacturing Inc., to Plaintiff's First Set of Interrogatories | Bonifay Manufacturing, Inc., Customer Balance Detail- As of July 7, 2003 | |
| 10. | Bonifay 0036 | Terry Manufacturing Company, Inc.'s Payment History re: Check No. 72142, received 06/05/03 | |

NO:99523162.1

| No. | Bates No. | Description | Def's Objection |
|---|---|---|---|
| 11. | Bonifay 0037 | Terry Manufacturing Company, Inc.'s Payment History re: Check No. 71998, received 05/22/03 | |
| 12. | Bonifay 0038 | Terry Manufacturing Company, Inc.'s Payment History re: Check No. 71829, received 05/09/03 | |
| 13. | Bonifay 0039 | Terry Manufacturing Company, Inc.'s Payment History re: Check No. 71790, received 05/05/03 | |
| 14. | Bonifay 0040 | Terry Manufacturing Company, Inc.'s Payment History re: Check No. 71631, received 04/23/03 | |
| 15. | Bonifay 0041 | Terry Manufacturing Company, Inc.'s Payment History re: Check No. 71427, received 04/03/03 | |
| 16. | Bonifay 0266 | Statement from Bonifay Manufacturing, Inc., to Terry Manufacturing Company, Inc., dated 04/30/03 | |
| 17. | Bonifay 0267 | Statement from Bonifay Manufacturing, Inc., to Terry Manufacturing Company, Inc., dated 05/28/03 | |
| 18. | Bonifay 0268 | Statement from Bonifay Manufacturing, Inc., to Terry Manufacturing Company, Inc., dated 06/01/03 | |
| 19. | Bonifay 0269 | Statement from Bonifay Manufacturing, Inc., to Terry Manufacturing Company, Inc., dated 07/01/03 | |

NO:99523162.1

| No. | Bates No. | Description | Def's Objection |
|---|---|---|---|
| 20. | Bonifay 0270 | Statement from Bonifay Manufacturing, Inc., to Terry Manufacturing Company, Inc., dated 07/31/03 | |
| 21. | | Any pleadings and exhibits filed into the record of this proceeding | |
| 22. | | Any Exhibits listed by any other party | |
| 23. | | Any documents produced by Bonifay Manufacturing, Inc. | |
| 24. | | Any discovery requests and responses not filed into the record of this proceeding. | |
| 25. | | The Expert Report prepared by J. Lester Alexander, III, and timely served upon counsel for Bonifay Manufacturing, Inc. | |

NO:99523162.1