**EXHIBIT B**
Exhibit List of Defendant, Bonifay Manufacturing, Inc.
Adversary Pro. No. 04-030772-WRS

| NO. | BATES NO. | DESCRIPTION | PLAINTIFF'S OBJ. |
|---|---|---|---|
| 1. | Doc. 22 | Invoices from Bonifay Manufacturing, Inc., to Terry Manufacturing, Inc., from April 9, 2003, to July 1, 2003, which were included in the Supplemental Response of Defendant to Plaintiff's First Set of Interrogatories. | |
| 2. | | All documents of Bonifay Manufacturing, Inc., requested and produced to Terry Manufacturing, Inc., from July 7, 2001, to July 7, 2003. | |
| 3. | | Customer Balance Sheet which was produced in response to Interrogatory Nos. 7 and 8 of Terry Manufacturing, Inc. | |
| 4. | | Customer Balance Detail for the time periods requested by Terry Manufacturing, Inc., through discovery. | |
| 5. | | Any pleadings and exhibits filed into the record of this proceeding. | |
| 6. | | Any exhibits listed by any other party | |
| 7. | | Any documents produced by Terry Manufacturing, Inc. | |
| 8. | | Any discovery requests and responses not filed into the record of this proceeding | |

NO:99524507.1

-1-