IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TERRY MANUFACTURING | ) |
| COMPANY, INC., | ) |
| | ) |
|     Debtor. | ) |
| | |
| IN RE: | ) |
| | ) |
| TERRY UNIFORM COMPANY, | ) |
| LLC, | ) |
| | ) |
|     Debtor. | ) |
| | |
| J. LESTER ALEXANDER, III, | ) |
| etc., | ) |
| | ) |
|     Appellee, | ) |
| | ) |
|     v. | )   CIVIL ACTION NO. |
| | )      2:05cv730-T |
| BONIFAY MANUFACTURING, | ) |
| INC., | ) |
| | ) |
|     Appellant. | ) |

**ORDER**

It is ORDERED that the bankruptcy appeal in this case is set for an on-the-record scheduling conference on August 24,

2005, at 9:00 a.m. Counsel for appellant Bonifay Manufacturing, Inc. is to arrange for the conference to be conducted by telephone.

    DONE, this the 16th day of August, 2005.


                                        /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**