# <u>MINUTES</u>

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE          AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __AUGUST 24, 2005__          AT _____9:04_____ A.M./P.M.

DATE COMPLETED __AUGUST 24, 2005__          AT _____9:10_____ A.M./P.M.

```
BONIFAY MANUFACTURING, INC.          )
                                     )
            Appellant                )
                                     )
      v                              )      CA No. 2:05-cv-00730-T
                                     )
J. LESTER ALEXANDER, III             )
                                     )
            Appellee
```

| <u>PLAINTIFF(S)/GOVERNMENT</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| | X | |
| Atty Collier H. Espy | X | Attys Catherine Lasky, David Patron |
| | X | |
| | X | |
| | X | |

<u>COURT OFFICIALS PRESENT:</u>

Mitchell Reisner,                                    Sheila Carnes,
  Court Reporter                                      Courtroom Clerk

<u>PROCEEDINGS:</u>

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SCHEDULING CONFERENCE


9:04  a.m.      Scheduling Conference commenced by telephone.
                Appellant's brief is due today (and will be filed today);
                Appellee's brief is due within 15 days (nlt September 8,
                2005);  oral argument is not requested; and reply brief is
                unnecessary. Case will be deemed submitted on September 8,
                2005.  Settlement:  Parties will explore the possibility of
                settling the matter.
9:10  a.m.      Conference concluded.