IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **TERRY MANUFACTURING** ) | |
| **COMPANY, INC.,** ) | |
| ) | |
|    Debtor. ) | |
| | |
| IN RE: ) | |
| ) | |
| **TERRY UNIFORM COMPANY,** ) | |
| **LLC,** ) | |
| ) | |
|    Debtor. ) | |
| | |
| **J. LESTER ALEXANDER, III,** ) | |
| **etc.,** ) | |
| ) | |
|    Appellee, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 2:05cv730-T |
| **BONIFAY MANUFACTURING,** ) | |
| **INC.,** ) | |
| ) | |
|    Appellant. ) | |

**ORDER**

Based on the representations made on August 24, 2005, it is ORDERED that the bankruptcy appeal in this case is set for

submission, without oral argument, on September 8, 2005, with appellant's brief due today, August 24, 2005, and appellee's brief due by September 8, 2005.

DONE, this the 24th day of August, 2005.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**