IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TERRY MANUFACTURING | ) |
| COMPANY, INC., | ) |
| | ) |
|     Debtor. | ) |
| | |
| IN RE: | ) |
| | ) |
| TERRY UNIFORM COMPANY, | ) |
| LLC, | ) |
| | ) |
|     Debtor. | ) |
| | |
| J. LESTER ALEXANDER, III, | ) |
| etc., | ) |
| | ) |
|     Appellee, | ) |
| | ) |
|     v. | )  CIVIL ACTION NO. |
| | )    2:05cv730-T |
| BONIFAY MANUFACTURING, | ) |
| INC., | ) |
| | ) |
|     Appellant. | ) |

ORDER

Because of Hurricane Katrina, it is ORDERED that the bankruptcy appeal in this case is reset for submission,

without oral argument, on September 22, 2005, with appellee's brief due by September 22, 2005.

DONE, this the 13th day of September, 2005.


       /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**