UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TERRY MANUFACTURING COMPANY, INC., | ) ) ) |
| | ) |
| Debtor. | ) |
| | |
| IN RE: | ) |
| | ) |
| TERRY UNIFORM COMPANY, LLC, | ) ) ) |
| | ) |
| Debtor. | ) |
| | |
| J. LESTER ALEXANDER, III, etc., | ) ) |
| | ) |
| Appellee, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. |
| | )    2 : 05cv730-T |
| BONIFAY MANUFACTURING, INC., | ) ) |
| | ) |
| Appellant. | ) |

Appeal from the United States Bankruptcy Court for the
Middle District of Alabama
AP No. 04-03072

---

**RESPONSE OF APPELLANT, BONIFAY MANUFACTURING, INC.,
TO CERTAIN STATEMENTS OF FACT IN APPELLEE'S BRIEF**

---

C.H. Espy, Jr. (ASB-3696-S78C)
ESPY, METCALF & POSTON, P.C.
Post Office Drawer 6504
Dothan, Alabama 36302-6405
Telephone:   (334) 793-6288
Fax:             (334) 712-1617

1

COMES NOW the undersigned attorney for Bonifay Manufacturing, Inc., as the Appellant in the instant proceeding, and upon review of the Appellee's Brief respectfully brings to the attention of the Court it is believed there has been a misstatement within the Appellee's Statement of Facts for the following reason, to-wit:

1. Within the second paragraph of the Appellee's Statement of Facts the following is recited as a fact, to-wit:

> "During the ninety days preceding the Chapter 11 filing on July 7, 2003, Bonifay received both the weekly $21,500 payments, payments in various amounts in satisfaction of finance charges and payments on long past due invoices.";

2. Although admittedly <u>very early</u> in 2003 Bonifay Manufacturing, Inc., had received for a short period of time weekly payments of $21,500.00, remittance of these payments are believed to have concluded in February but not later than March of 2003. Hence these payments would have been outside the subject ninety (90) day preference period;

3. The undersigned attorney for the Appellant respectfully submits the record does not reflect whatsoever that any payments were received by Bonifay Manufacturing, Inc., <u>within</u> ninety (90) days of filing of the bankruptcy petition at the amount of $21,500.00 per week, <u>but rather</u> payments were only received for certain specific invoices;

4. The undersigned attorney is aware the Appellee's attorney's office in New Orleans, Louisiana, most likely was significantly effected by Hurricane Katrina. Therefore, it is assumed the foregoing misstatement of fact was an inadvertent error.

WHEREFORE, the foregoing is presented to the Court not in the nature of a reply brief but to bring to the attention of the Court a misstatement of fact.

2

Respectfully submitted this 26th day of September, 2005.

                                        ESPY, METCALF & POSTON, P.C.

                                        C. H. Espy, Jr. (ASB-3696-S78C)
                                        ATTORNEY FOR APPELLANT
                                        P.O. Drawer 6504
                                        Dothan, Alabama 36302-6504
                                        (334) 793-6288
                                        (334) 712-1617 - FAX

                          Certificate of Service

       I, C. H. Espy, Jr., do hereby certify I have this date served a copy of the above and foregoing upon the following parties either electronically or by placing a copy of same to them in the U.S. Mail, postage prepaid, on this 26th day of September, 2005.

Ms. Catherine E. Lasky
PHELPS DUNBAR, LLP
Attorney for Debtor/Appellee
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA   70130-6534

                                                      C. H. Espy, Jr.