IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TERRY MANUFACTURING ) | |
| COMPANY, INC., ) | |
| ) | |
|    Debtor. ) | |
| | |
| IN RE: ) | |
| ) | |
| TERRY UNIFORM COMPANY, ) | |
| LLC, ) | |
| ) | |
|    Debtor. ) | |
| | |
| J. LESTER ALEXANDER, III, ) | |
| etc., ) | |
| ) | |
|    Appellee, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 2:05cv730-T |
| BONIFAY MANUFACTURING, ) | |
| INC., ) | |
| ) | |
|    Appellant. ) | |

**ORDER**

Upon consideration of appellant's response (Doc. No. 9), it is ORDERED that the response is treated as an objection

and that appellee show cause, if any there be, in writing by October 14, 2005, as to why said objection should not be sustained.

    DONE, this the 29th day of September, 2005.


                                          /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**