IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE:                         )
                               )
TERRY MANUFACTURING            )
COMPANY, INC.,                 )
                               )
    Debtor.                    )

IN RE:                         )
                               )
TERRY UNIFORM COMPANY,         )
LLC,                           )    CIVIL ACTION NO.
                               )       2:05cv730-T
    Debtor.                    )          (WO)

J. LESTER ALEXANDER,           )
III, etc.,                     )
                               )
    Appellee,                  )
                               )
    v.                         )
                               )
BONIFAY MANUFACTURING,         )
Inc.,                          )
                               )
    Appellant.                 )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the order of the United States Bankruptcy

Court for the Middle District of Alabama, dated May 9, 2005, is affirmed.

It is further ORDERED that the costs are taxed against appellant Bonifay Manufacturing, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of November, 2005.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE